| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>U.S. MAGISTRATE JUDGE | DATE: 7/9/2024<br>TIME: 10:30 am |

CASE:  CV 20-4071 (SIL) La Terra et al v. The Town of Southampton et al

TYPE OF CONFERENCE:   MOTION          FTR: 11:19-11:33

APPEARANCES:

　　　For Plaintiff:    Jean Smyth

　　　For Defendant: Scott Kreppin

**THE FOLLOWING RULINGS WERE MADE:**

☒　　Other: Motion hearing held. Plaintiffs' motion for sanctions, DE [53], is denied. Given the representation of events in the motion papers, the Court finds that there was no bad faith involved and that the conduct addressed does not rise to the level of sanctionable.

　　　**Depositions are ordered as follows**:
August 26, 2024 – Officer Chih
August 27, 2024 – Officer Rondi
August 28, 2024 – The Town of Southampton.
　　The depositions will be conducted remotely starting at 10:30 am. Plaintiffs will provide log in information.
　　These depositions can be moved with the consent of all sides and the witness to be deposed so long as they are all completed no later than August 31, 2024.
　　Defendants' summary judgment motion papers will be served on September 30, 2024.
　　Plaintiffs' Opposition/cross-motion will be served on October 31, 2024.
　　Defendants' Opposition to the cross-motion/reply will be served on November 15, 2024.
　　Reply in support of any cross-motion will be served on December 6, 2024.
　　All papers will be filed on December 9, 2024 with a courtesy copy to the Court.


　　　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　　　 /s/Steven I. Locke
　　　　　　　　　　　　　　　　　　　STEVEN I. LOCKE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge